UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR62 – FDW |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| JEANETTE TYE RUNYON | ) | |

For the good cause shown in the government's Motion to Dismiss, leave of Court is hereby granted for the dismissal without prejudice of the Bill of Indictment against this defendant.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

SO ORDERED.

Signed: July 13, 2009

Frank D. Whitney
United States District Judge